**Order filed July 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00006-CV
_____

### JASON MICHAEL MERRILL, Appellant

### V.

### SPRINT WASTE SERVICES LP AND JOSE LUIS GONZALEZ, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-60963**

## ORDER

The reporter's record was filed May 2, 2016. Our review has determined that relevant items have been omitted from the reporter's record. The record does not contain Plaintiff's exhibits 118 through 210.

Jessica Chang, the official court reporter for the 61st District Court of Harris County is directed to file a supplemental reporter's record on or before August 9, 2017, containing Plaintiff's exhibits 118 through 210.

If these exhibits are not part of the record, the court reporter is directed to file a certified statement stating Plaintiff's exhibits 118 through 210 are not part of the record.

PER CURIAM